Chukwuemeka Mbata,
Petitioner;

    V.

Jose Garza
Travis County Attorney,
In his Private and Official Capacities;
Clifford Brown,
Judge 147th District Court
In his Private and Official Capacities;
John S. Butler,
Attorney,
In his Private and Official Capacities;
Amber Vasquez-Bode,
Attorney,
In her Private and Official Capacities;
"The Third District Court of Appeals" et al.,
In Their Private and Official Capacities;
Diana Morales, Technician,
Austin Police Dept. DNA Lab (APDL),
In Their Private and Official Capacities;
Manley, Police Chief, Austin,
In his Private and Official Capacities;
Alexander Calhoun, Attorney,
Law Office of Alexander Calhoun,
In his Private and Official Capacities;
Bryan Collier, Exec Dir.,
"Texas Department of Criminal Justice",
In his Private and Official Capacities;
Others, In their Private and Official Capacities.
Defendants, Jointly or Severally;

United State Dist Court
Austin Division.

NO: 1:23CV00120

Judge: LY

Declaration of Complaint;

RECEIVED FEB 08 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

JAN 30 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

FILED

I

Defendants, Jointly or Severally;

I Chukwuemeka Mbata, sue defendant, Jointly or Severally, for wrongful conviction, wrongful imprisonment, professional incompetence, multiple violations of due process of Law, insufficient evidence, insufficient probable cause, insufficient indictment, no original jurisdiction, for Travis County District Attorney, no Original Jurisdiction for Texas Judicial District Court, Abuse of authority, fraudulent evidence, falsification of Official records, violations of fiduciary duty, violations of Public duty, Perfidy, deprivation of trial by Jury, obstructing Justice, deprivation of equal protection of Laws, libel, simulating Judicial process, simulating judicial proceedings, evasions of Law, e.g, to wit:

Ⓐ where the party becomes responsible to the public by under-taking a public duty, he is liable, though the injury may have arisen from the negligence of his servant or agent, "N.J Steam Nav. v. Merchants, 47 US 411;

Ⓑ attorneys, Surgeons... duties and obligations incumbent, resulting from the peculiar position he occupies with respect to the public, giving the right to redress to all who may suffer from the violation or neglect of the public Obligations. Such are the instance of attorneys, surgeons... The wrong is the infringement of the public and general obligations. N.J. Steam Nav. v. Merchants, 47 US 411; 7 U.S, Sect. 3-11; Story, Agency; Tucker, Commentaries; Kent, Commentaries;

Ⓒ "Of all classes and Professions, the lawyer is most bound to uphold the Laws. He is their sworn servant; and for him, off all men, to repudiate and override the laws, to trample them under foot and to Ignore the very bonds of society, argues recreancy to his position and office,... it manifest a want of fidelity to the system of Lawful government which he has sworn to uphold and preserve... due process of Law... it is a regular and lawful method of proceeding, practiced from time immemorial." Ex Parte wall, 107 US 274, 289, 301; Ex Parte Robinson 86 US 505; Greene v. Briggs, 10 F.Gs. 1135; Murray v. Hobden, 59 US 272; Dartmouth v. Woodward, 17 US 518; Ex Parte Grossman, 267 US 87; Fletcher v. Peck, 10 US 87; Moore v. U.S, 91 US 270;

II

(D) "No State shall deprive any person of Life, Liberty, or property without due Process of Law; Can a State make any thing due Process of Law which by its own legislation it chooses to declare such? To affirm this, is to hold that Prohibition to the States is of no avail or has no application where the Invasion of Private rights is effected under the forms of State legislation" Davidson v. New Orleans, 96 US 102; Vanhorne v. Dorrance, 2 US 304; Calder v. Bull, 3 US 386; Hayburnts Case, 2 US 409

(E) "The Common Law of England is the basis of the Jurisprudence of the United States... That Law and the benefit of the English Statues as existed at the time of their Colonization, and which they had by experience found to be applicable to their circumstances, were claimed by Congress of the United State colonies in 1774 as a part of their 'Indubitable rights and Liberties'." "Jornals of Congress, Vol-I PP 28-30; S. Carolina v. US, 199 US 437;

(F) "qualified Immunity would be defeated if an Official 'knew or reasonably should have known that the action he took within his sphere of official responsibility would violate the Constitutional right, or he took the action with malicious Intention to cause a deprivation of Constitutional rights or other Injury." Harlow v. Fitzgerald, 457 US 800;

(G) "It is the duty of Courts to be watchful for the Constitutional rights of the citizen; and against any stealthy encroachments thereon." Boyd v. U.S., 116 US 616; Cummings v. Missouri, 71 US 277; Cohens v. Va., 19 US 264; U.S. v Hall, 26 F.Cas. 79; Ex parte Milligan, 71 US 2; Congressional Globe, 39th Congr 1so sess. 2765;

III

Texas legislators, Texas executives, Texas Police, Texas attorneys, Texas Prosecutors, Texas Judicial officers continue their utter disdain for Law (cites herein e.g.), and for their "Public duty" (cite herein) which Continues Inflicting Irreparable Injury and mental anguish upon Petitioner, to wit:

(H). Travis County D.A., Police, Texas Judicial District Court Collaborated to "manufacture" (Chambers v. Fla., 309 US 227) pretended "evidence" for manufactured "crime" (Chambers v Fla, 309 US 227):

  a. Petitioner was deprived "assistance of Counsel" complying with the true meaning Intent of Bill of Rights and 14th Amendment (Gideon v Wainwright 372 US 335; U.S. v Hall, 26 F. Cas. 79; Ex parte Va., 100 US 339; Orient Ins. v Diggs, 172 US 557; S. Carolina v U.S., 199 US 437; Bouvier, Law Dict., 6th Ed. e.g.).

  b. Petitioner was denied "effective counsel" see cites herein e.g.

  c. Petitioner was deceived by Prosecutors, Attorneys, Police, Judicial Officers in a "Kangaroo Court" (Williams v U.S., 341 US 97) determined to "convict" at all costs "rather than" a search for truth, In violation of Law, contrary to due process of Law, subverting their "Oath of Office" severally, see cites herein, e.g.

  d. Said Public officers used "manufactured" evidence Unfounded upon sound "Scientific" principles and practices, unfounded upon the "great first principles" (Calder v Bull, 3 US 386) of American jurisprudence, see: Journals of Congress, Vol. I, pp. 28-30; cites herein; Wharton, Crim Law; Bouvier, Law Dict., 6th ed.; Stephen, Law of Evidence.

  e. Texas legislators, Texas executives, Texas Police, Texas Prosecutors, Texas attorneys, Texas judicial officers, pretended authority to override or ignore American Jurisprudence ("Law of the Land") and Supreme Court of the United States precedents cited herein;

IV

f. Texas Code of Criminal Procedure, Texas Rules of Appellate Procedure, Texas Rules of Civil Procedure are not comprehended or encompassed or authorized by Constitution of the United States, see cites herein;

g. Texas Prosecutor, Texas Police, Texas Judicial District Court never fully established Jurisdiction to approach or infringe or abridge or seize Petitioner's Person or Life, or Liberty, or Property, which unquestionably constitutes "kidnapping" see; Bouvier, (Dict Law) Law Dict; 6th ed; cites herein;

h. Texas Prosecutors, Texas Police, Texas Attorneys, Texas Judicial officers deliberately mis-led Jurors, see: Harlow v Fitzgerald, 457 US 800; cites herein;

i. "APDL" lack of competence is well documented ("The Forensic Project");

j. Butler or Bode failed to challenge the evidence or test procedures or technical competence of Austin Police Dept. ("The Forensic Project"); Stephen, Law of evidence; Bouvier, Law Dict, 6th ed, e.g;

k. Butler or Bode failed to incorporate "DNA expert" ("The Forensic Project");

l. Butler or Bode failed to establish plainly on the Record that "D.N.A findings were inconsistent with the facts of the case"

m. Butler or Bode failed to establish plainly on the Record "that no trauma was present... that no trauma was found anywhere on her body" ("The Forensic Project");

n. Butler facilitated Prosecutorial misconduct ("The Forensic Project")

o. Prosecutor repeatedly mis-led Jurors, repeatedly falsely represented that defense has the "burden of proof" and falsely represented to Jurors Petitioner's refusal to accept a plea deal [sic] "(The Forensic Project)"; Note: "plea deal" or commonly, "plea bargain" is contrary to "due process of law", "the great first Principles" (cites herein) which unquestionably "supplant" (R-Pound) the "principles" of

"Innocent until proven guilty," "Prohibition against Self-Incrimination," "Trial by Jury" (not "Jury trial" (sic)) ("The Forensic Project");

p. Butler Ignobly or Perfidiously made notorious, belligerent, derogatory remarks about Petitioner which further "Prejured" Jurors against Petitioner ("The Forensic Project");

q. "but for this deficient Performance, the Outcome would have been different." ("The Forensic Project").

Wherefore, Petitioner is a Victim of Immoral, Unlawful "Conduct" deliberately committed by Defendants Collaborating against abusing their "Public Office" flagrantly in violation of "Law," i.e Jurisprudence of the United States (Journals of Congress, herein) and in violation of their "Public duty" (N·J·Steam; & Pante Wall; cites herein) and Subverting their deliberately-given "Oath of Office" severally, "Unbridled by moral principles (John Adams; Thomas Jefferson, James Madison)."

"fraud vitiates the most solemn Contracts, documents, even Judgements" U·S v. Throckmorton, 98 US 61;

Wherefore, Petitioner, is held Captive by Defendants who <u>deliberately</u> committed numerous frauds against him excercising turpitude, discrimination, Prejudice (Lane v. Wilson; Dinwiddie v. Brown) for deliberately depriving him of his life, liberty, Property, "Pursuit of Happiness" <u>Intended</u> to be Protected against such heinous "Behavior" by Bill of Rights and 14th Article of Amendment, so declared by Cites herein;

Wherefore, Petitioner sues Defendants for his Immediate "discharge" from their Captivity, for Compensatory Damages and Punitive Damages in the amount of <u>21 million United States Dollars</u>, for <u>Expungment</u> of all pertinent, Immediate, Mediate,

related Records of any nature.

Subscribed and executed Under solemn Oath on this 22 of January A.D 2023 under the Laws of the United States of America (28 USC sect. 1746).

Respectfully..
Mbata, Chukwuemeka

Certificate of mailing

Chukwuemeka Mbata deposited Declaration of Complaint Into U.S mail for U.S District Court, 501 W 5th St, Austin, Texas (78701) On 22 January A.D 2023.

Subscribed and executed Under Oath On this 22 day of January A.D. 2023 under the Laws of the United States of America (28 USC 1746).

Respectfully..
Mbata, Chukwuemeka
#1770111
Estelle Unit
264 FM 3478
Huntsville TX 77320

VII