IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2023 MAR 21  PM 4: 18
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY____CR____
        DEPUTY

**CHUKWUEMEKA MBATA,**
      **PLAINTIFF,**

V.

Case No. A-23-CV-120-LY

**JOSE GARZA,**
**et al.,**
      **DEFENDANTS.**

## ORDER OF DISMISSAL

Before the court is Plaintiff's "Notice of Withdrawal." Plaintiff seeks to dismiss his "civil claim as well as [his] habeas corpus filings." Under Rule 41(a)(2) of the Federal Rules of Civil Procedure, an action may be dismissed at the plaintiff's instance upon order of the court and upon such terms and conditions as the court deems proper. After consideration of the motion, it is granted.

It is therefore **ORDERED** that the Notice of Withdrawal, filed by Plaintiff on March 16, 2023, is construed as a motion to voluntarily dismiss and is **GRANTED**. Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

SIGNED this the 21st day of March 2023.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE